STATE OF NEW JERSEY v. WILLIAM TOWNS.

November 17, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GARY WEIDNER.

November 17, 1987.

Petition for certification denied.

LEE R. WILLITTS v. EXXON CO., U.S.A.

November 17, 1987.

Petition for certification denied.

THOMAS E. SLADE AND FOSTER DRUMMER v.
HOWARD L. BEYER.

November 17, 1987.

Petition for certification denied.